UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| C. DAVID STOKES<br>　　　　　Plaintiff<br><br>vs.<br><br>CIGNA GROUP INSURANCE COMPANY OF AMERICA, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, AND PRICE WATERHOUSE LONG TERM DISABILITY PLAN<br>　　　　　Defendants | Civil Action No. 04CV11967 REK |

ASSENTED TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Defendants, CIGNA Group Insurance Company of America ("CIGNA"), Connecticut General Life Insurance Company ("CGLIC") and PriceWaterhouse Long Term Disability Plan ("Plan") (together "Defendants") hereby move to extend the time by which they must respond to Plaintiff's complaint to and including November 30, 2004. In support of their motion, Defendants state that they need additional time to locate documents necessary to answer the complaint.

Plaintiff has assented to this motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted by CINGA Group
　　　　　　　　　　　　　　　　　　　Insurance Company, Connecticut General
　　　　　　　　　　　　　　　　　　　Life Insurance Company and Price
　　　　　　　　　　　　　　　　　　　Waterhouse Long Term Disability Plan, by
　　　　　　　　　　　　　　　　　　　their Attorney

　　　　　　　　　　　　　　　　　　　David B. Crevier, BBO# 557242
　　　　　　　　　　　　　　　　　　　Crevier & Ryan, LLP
　　　　　　　　　　　　　　　　　　　1500 Main Street, Suite 2020
　　　　　　　　　　　　　　　　　　　Springfield, MA 01115-5532
　　　　　　　　　　　　　　　　　　　Tel: 413-787-2400
　　　　　　　　　　　　　　　　　　　Fax: 413-781-8235

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Plaintiffs' counsel by first class U.S. Mail, postage prepaid this ___ day of October, 2004.

_____
David B. Crevier

F:\Files\CIGNA\Stokes\Extension of Time.doc