UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| C. DAVID STOKES<br>    Plaintiff<br><br>vs.<br><br>CIGNA GROUP INSURANCE COMPANY<br>OF AMERICA, CONNECTICUT GENERAL LIFE<br>INSURANCE COMPANY AND PRICE<br>WATERHOUSE LONG TERM DISABILITY<br>PLAN<br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 04CV11967 REK<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

NOW COMES David B. Crevier, Theodore F. Glockner and Katherine R. Parsons and hereby enter their appearance on behalf of Defendant Connecticut General Life Insurance Company in the above entitled matter.

Respectfully Submitted,
Defendant Connecticut General Life
Insurance Company, By:
By:

CREVIER & RYAN, LLP.

_____
David B. Crevier, BBO #557242

_____
Theodore F. Glockner, BBO #629469

_____
Katherine R. Parsons, BBO # 657280

1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel: (413) 787-2400
Facsimile: (413) 781-8235

F:\Files\CIGNA\Stokes\notice of appearance.doc

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 20 day of October, 2004.

_____

F:\Files\Hartford\Shapiro\notice of appearance.doc