**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| C. DAVID STOKES<br>      Plaintiff | )<br>)<br>) |
| vs. | ) Civil Action No. 04CV11967 REK<br>) |
| CIGNA GROUP INSURANCE COMPANY OF AMERICA, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, AND PRICE WATERHOUSE LONG TERM DISABILITY PLAN<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT OF**
**CONNECTICUT GENERAL LIFE INSURANCE COMPANY**

Defendant Connecticut General Life Insurance Company, ("CGLIC") pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, hereby makes the following disclosures: 1) that the parent corporation of CGLIC is Connecticut General Corporation; and 2) that no publicly held corporation owns 10%, or more, of CGLIC's stock.

              Respectfully Submitted,
              Connecticut General Life Insurance
              Company, By its Attorneys:

              CREVIER & RYAN, LLP.

              David Crevier, BBO # 5557242
              1500 Main Street, Suite 2200
              Springfield, MA 01115-5532
              Tel. (413) 787-2400
              Fax: 413-781-8235
              Email: dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

I, certify that I served a true copy of the foregoing by mailing the same via first class mail postage pre-paid to Plaintiff's Counsel. Said service having taken place this 20 day of October 2004.

David B. Crevier