AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

C. DAVID STOKES
v.

CIGNA GROUP INSURANCE CO.,
et. al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04 11967 REK

TO: (Name and address of Defendant)

CONNECTICUT GENERAL LIFE INS. CO.
900 COTTAGE GROVE ROAD
BLOOMFIELD, CT 06002

AGENT FOR SERVICE OF LEGAL PROCESS:
COMMISSIONER OF INSURANCE
MASSACHUSETTS DIVISION OF INSURANCE
ONE SOUTH STATION
BOSTON, MA 02110

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MALA M. RAFIK
ROSENFELD & RAFIK, PC
44 SCHOOL STREET
SUITE 410
BOSTON, MA 02108

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  9-10-04

Deputy Sheriff, George Slyva



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

October 5, 2004

I hereby certify and return that on 9/30/2004 at 1:05PM I served two copies copy of the within Summons, Complaint and Cover Sheet in this action together with $6.00 in fees, upon the within named Connecticut General Life Insurance Co. in the following manner (See Mass. R. Civ. P. 4(d)): by leaving at the office of the Insurance Commissioner for the Commonwealth the true and lawful attorney of the said corporation upon whom service of all lawful process may be made. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($10.00) Total Charges $47.00

_____
*Deputy Sheriff*

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
            Date              *Signature of Server*

            _____
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.