UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| C. DAVID STOKES<br>       Plaintiff<br><br>vs.<br><br>CIGNA GROUP INSURANCE COMPANY OF AMERICA, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, AND PRICE WATERHOUSE LONG TERM DISABILITY PLAN<br>       Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 04CV11967 REK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION TO DISMISS DEFENDANT CIGNA GROUP INSURANCE COMPANY OF AMERICA AS A PARTY

Pursuant to Fed. R. Civ. P. 21, the Plaintiff moves to dismiss, without prejudice, CIGNA Group Insurance Company of America ("CIGNA") as a Defendant in the above-referenced matter. As grounds for this Motion, the Plaintiff states that the parties have agreed that CIGNA is not a proper party to this action.

WHEREFORE, the Plaintiff requests that this motion be granted.

Dated: November 5, 2004

                                                  Respectfully submitted,
                                                  C. DAVID STOKES,
                                                  By his attorney,


                                                  /s/ Mala M. Rafik
                                                  Mala M. Rafik
                                                  BBO No. 638075
                                                  ROSENFELD & RAFIK, P.C.
                                                  Boston, MA 02108
                                                  617-723-7470

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing was served on Defendants' counsel by first class U.S. Mail, postage prepaid this 5th day of November, 2004.


                                  /s/ Mala M. Rafik
                                  Mala M. Rafik