UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| C. DAVID STOKES )<br>    Plaintiff )<br>)<br>v. )<br>)<br>CIGNA GROUP INSURANCE COMPANY OF )<br>AMERICA, CONNECTICUT GENERAL LIFE )<br>INSURANCE COMPANY, and PRICE )<br>WATERHOUSE LONG TERM DISABILITY )<br>PLAN )<br>    Defendants ) | Civil Action No. 04CV11967 REK |

### PLAINTIFF C. DAVID STOKES'
### LR, D. Mass. 16.1(D)(3) CERTIFICATION

In accordance with the provisions of LR, D. Mass. 16.1(D)(3), I, C. David Stokes, the Plaintiff in this action, and Mala M. Rafik, counsel for the Plaintiff, hereby certify that we have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses ---- of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR, D. Mass. 16.4.

Dated: January 7, 2005

_____
Mala M. Rafik
BBO No. 638075
Rosenfeld & Rafik, P.C.
44 School Street, Suite 410
Boston, MA 02108
(617) 723-7470


**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 1/1/05.

_____
C. David Stokes