UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. David Stokes
      Plaintiff

v.         Civil Action No.04-11967-REK

Cigna Group, et al.
      Defendant

SETTLEMENT ORDER OF DISMISSAL

KEETON, S.D.J.

The Court having been advised by counsel for the plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within sixty (60) days to reopen the action if

settlement is not consummated.

By the Court,

/S/ Karen P. Folan

6/16/05         _____
Date         Karen P. Folan
Courtroom Clerk