## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| C. DAVID STOKES )<br>      Plaintiff )<br> )<br>vs. )<br> )<br>CIGNA GROUP INSURANCE COMPANY OF )<br>AMERICA, CONNECTICUT GENERAL LIFE )<br>INSURANCE COMPANY, AND PRICE )<br>WATERHOUSE LONG TERM DISABILITY )<br>PLAN )<br>      Defendants ) | Civil Action No. 04CV11967 REK |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this matter with prejudice, each party to bear its own costs and attorneys' fees.

| C. David Stokes, | Connecticut General Life Insurance Company and Price Waterhouse Long Term Disability Plan, |
|---|---|
| By his Attorney, | By their Attorney, |
| /s/ Mala M. Rafik | /s/ David B. Crevier (MMR) |
| Mala M. Rafik | David B. Crevier |
| BBO No. 638075 | BBO No. 557242 |
| ROSENFELD & RAFIK, P.C. | CREVIER & RYAN, LLP. |
| 44 School Street, Suite 410 | 1500 Main Street, Suite 2200 |
| Boston, MA 02108 | Springfield, MA 0115-5532 |
| (617) 723-7470 | (413) 787-2400 |

Date:   August 17, 2005

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Defendants' counsel by electronic mail this 17th day of August, 2005.

/s/ Mala M. Rafik
Mala M. Rafik